**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00329-CR

**DARIS JERMAINE MITCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F1239676**

## ORDER

The Court **REINSTATES** the appeal.

On May 13, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We, however, had received the reporter's record on May 10, 2013. Therefore, we conclude findings are not necessary and **VACATE** the May 13, 2013 order.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
        JUSTICE